# IN THE SUPREME COURT OF THE STATE OF NEVADA

VINCENT T. SCHETTLER, AN
INDIVIDUAL,

Appellant,

vs.

PACIFIC WESTERN BANK, A
CALIFORNIA CORPORATION,

Respondent.

No. 83408

FILED

FEB 16 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____ S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Timothy C. Williams, District Judge
Persi J. Mishel, Settlement Judge
Solomon Dwiggins & Freer, Ltd.
Lemons, Grundy & Eisenberg
Black & Wadhams
Lewis Roca Rothgerber Christie LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-05207